DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICKY SHEPHERD,**
Appellant,

v.

**EVADNEY SHEPHERD,**
Appellee.

No. 4D2023-1509

[July 18, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 502020DR006237.

Amy L. Cosentino of Law Office of Amy L. Cosentino, West Palm Beach, for appellant.

Deanna V. Shuler of Deanna V. Shuler, P.A., Palm Beach Gardens, and Kathryn M. Beamer of Kathryn M. Beamer, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and DAMOORGIAN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***